B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>High Maintenance Broadcasting, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>600 Leopard Street, Suite 1924<br>Corpus Christi, Texas  78473<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Nueces<br>ZIP CODE 78473 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __High Maintenance Broa___

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
Robert Behar
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Robert Behar
14450 Commerce Way
Miami Lakes, FL 33016

x _Ronald G. [signature]_   6/14/13
Signature of Attorney                 Date
Schauer & Simank P.C.
Name of Attorney Firm (If any)
615 N. Upper Broadway, Ste. 700
Address
Corpus Christi, TX 78401
Telephone No. (361) 884-2800

x _____
Signature of Petitioner or Representative (State title)
Estrella Behar
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Estrella Behar
18911 Collins Ave #1807
Sunny Isles Beach, FL

x _____        Date
Signature of Attorney
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Leibowitz Family Broadcasting, LLC
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Leibowitz Family Broadc
4400 Biscayne Blvd
Miami, FL 33137

x _____        Date
Signature of Attorney
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert Behar | Promissory Note | 2,302,528.46 |
| Estrella Behar | Promissory Note | 2,248,742.82 |
| Leibowitz Family Broadcasting, LLC | Promissory Note | 428,604.36 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __High Maintenance Broa___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Robert Behar
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert Behar
14450 Commerce Way
Miami Lakes, FL 33016

x_____
Signature of Attorney                    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x_/s/ Estrella Behar_____
Signature of Petitioner or Representative (State title)
Estrella Behar
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Estrella Behar
18911 Collins Ave #1807
Sunny Isles Beach, FL 33160

x_/s/ Ronald G. Hole_____ 6/14/13
Signature of Attorney                    Date
Hole & Alvarez P.C.
Name of Attorney Firm (If any)
1015 N. Upper Broadway, Ste. 700
Corpus Christi, TX 78401
Telephone No. (361) 884-2800

x_____
Signature of Petitioner or Representative (State title)
Leibowitz Family Broadcasting, LLC
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Leibowitz Family Broadc
4400 Biscayne Blvd
Miami, FL 33137

x_____
Signature of Attorney                    Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert Behar | Promissory Note | 2,302,528.46 |
| Estrella Behar | Promissory Note | 2,248,742.82 |
| Leibowitz Family Broadcasting, LLC | Promissory Note | 428,604.36 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___X___ continuation sheets attached

B 5 (Official Form 5) (12/07) - Page 2     Name of Debtor  High Maintenance Broa

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>Robert Behar | x_____<br>Signature of Attorney                               Date |
|---|---|
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Robert Behar<br>14450 Commerce Way<br>Miami Lakes, FL  33016 | Address<br><br>Telephone No. |

| x_____<br>Signature of Petitioner or Representative (State title)<br>Estrella Behar | x_____<br>Signature of Attorney                               Date |
|---|---|
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Estrella Behar<br>18911 Collins Ave #1807<br>Sunny Isles Beach, FL | Address<br><br>Telephone No. |

| x _[signature]_____<br>Signature of Petitioner or Representative (State title)<br>Leibowitz Family Broadcasting, LLC | x _[signature]_____ 6/14/13<br>Signature of Attorney                               Date<br>_Julen E Smith_ P.C. |
|---|---|
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any)<br>615 N. Upper Broadway, Ste. 700 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Leibowitz Family Broadc<br>4400 Biscayne Blvd<br>Miami, FL  33137 | Address<br>Corpus Christi, TX. 78401<br>Telephone No.<br>(361) 884-2800 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Robert Behar | Promissory Note | 2,302,528.46 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Estrella Behar | Promissory Note | 2,248,742.82 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Leibowitz Family Broadcasting, LLC | Promissory Note | 428,604.36 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

  X   continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_  
Signature of Petitioner or Representative (State title)  
Pedro Dupouy  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Pedro Dupouy  
815 NW 57th Ave, 206  
Miami, FL 33126

x _[signature]_  6/14/13  
Signature of Attorney     Date  
Adame Eaton, P.C.  
Name of Attorney Firm (If any)  
615 N. Upper Broadway, Ste. 700  
Address  
Corpus Christi, TX 78401  
Telephone No.  
(361) 884-2800

x _____  
Signature of Petitioner or Representative (State title)  
Latin Capital Ventures, LLC  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Jose Rodriguez  
14450 Commerce Way  
Miami Lakes, FL 33016

x _____  
Signature of Attorney     Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

x _____  
Signature of Petitioner or Representative (State title)  
Pan Atlantic Bank & Trust Ltd  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Robert J. Bourque  
Musson Bldg Hincks St  
Bridgetown, Barbados

x _____  
Signature of Attorney     Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Pedro Dupouy | Guaranty | 70,593.66 |
| Latin Capital Ventures, LLC | Guaranty | 759,722.22 |
| Pan Atlantic Bank & Trust Ltd | Guaranty | 974,162.22 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

__X__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor_____

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Pedro Dupouy | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Pedro Dupouy<br>815 NW 57th Ave, 206<br>Miami, FL 33126 | Address<br>Telephone No. |

| x_____ | x_____ 6/14/13 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Latin Capital Ventures, LLC | Selm E. Ful P.C. |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any)<br>615 N. Upper Broadway, Ste. 700 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Jose Rodriguez<br>14450 Commerce Way<br>Miami Lakes, FL 33016 | Address<br>Corpus Christi, TX. 78401<br>Telephone No.<br>(361) 884-2800 |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Pan Atlantic Bank & Trust Ltd | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Robert J. Bourque<br>Musson Bldg Hincks St<br>Bridgetown, Barbados | Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Pedro Dupouy | Promissory Note | 70,593.66 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Latin Capital Ventures, LLC | Promissory Note | 759,722.22 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Pan Atlantic Bank & Trust Ltd | Promissory Note | 974,162.22 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

  x   continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                                  Name of Debtor_____

                                                                        Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) Pedro Dupouy | Signature of Attorney |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Pedro Dupouy 815 NW 57th Ave, 206 Miami, FL 33126 | Address<br><br>Telephone No. |

| x_____ | x_____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) Latin Capital Ventures, LLC | Signature of Attorney |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Jose Rodriguez 14450 Commerce Way Miami Lakes, FL 33016 | Address<br><br>Telephone No. |

| x [signature] Apr. 15/13 | x [signature] 06/14/13 |
|---|---|
| Signature of Petitioner or Representative (State title) Pan Atlantic Bank & Trust Ltd | Signature of Attorney [signature] P.C. |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Robert J. Bourque ~~Nassau, Bahamas~~ ~~Bridgetown, Barbados~~ "Whitepark House" White Park Rd. St. Michael, Barbados | Address 615 N. Upper Broadway, Ste. 700 Corpus Christi, TX 78401<br>Telephone No. (361) 884-2800 |

| PETITIONING CREDITORS |||
|---|---|---|
| Name and Address of Petitioner<br>Pedro Dupouy | Nature of Claim<br>Promissory Note | Amount of Claim<br>70,593.66 |
| Name and Address of Petitioner<br>Latin Capital Ventures, LLC | Nature of Claim<br>Promissory Note | Amount of Claim<br>759,722.22 |
| Name and Address of Petitioner<br>Pan Atlantic Bank & Trust Ltd | Nature of Claim<br>Promissory Note | Amount of Claim<br>974,162.22 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

                                       X  continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Mau Mau_, Managing Member
Signature of Petitioner or Representative (State title)
Sumit Enterprises, LLC
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Maria Martinez
14450 Commerce Way
Miami Lakes, FL 33016

x _[signature]_ 6/14/13
Signature of Attorney                Date
_John E. [signature] P.C._
Name of Attorney Firm (If any)
615 N. Upper Broadway, Ste. 700
Address
Corpus Christi, TX. 78401
Telephone No.
(361) 884-2800

---

x _____
Signature of Petitioner or Representative (State title)
Jose Rodriguez
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Jose Rodriguez
1020 Nautica Drive
Weston, FL 33327

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Leon Perez
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Leon Perez
20201 E Country Dr 607
Aventura, FL 33180

x _____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sumit Enterprises, LLC | Promissory Note | 107,571.30 |
| Jose Rodriguez | Promissory Note | 53,785.65 |
| Leon Perez | Promissory Note | 53,785.65 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_X_ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x Signature of Petitioner or Representative (State title) Sumit Enterprises, LLC | x Signature of Attorney | Date |
|---|---|---|
| Name of Petitioner | Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Maria Martinez 14450 Commerce Way Miami Lakes, FL 33016 | Address Telephone No. |

| x Signature of Petitioner or Representative (State title) José Rodriguez | x Signature of Attorney [signature] 6/14/13 |
|---|---|
| Name of Petitioner | Date Signed | Name of Attorney Firm (If any) 615 N. Upper Broadway Ste. 700 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Jose Rodriguez 1020 Nautica Drive Weston, FL 33327 | Address Corpus Christi, TX. 78401 Telephone No. (361) 884-2800 |

| x Signature of Petitioner or Representative (State title) Leon Perez | x Signature of Attorney | Date |
|---|---|---|
| Name of Petitioner | Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Leon Perez 20201 E Country Dr 607 Aventura, FL 33180 | Address Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sumit Enterprises, LLC | Guaranty | 107,571.30 |
| Jose Rodriguez | Guaranty | 53,785.65 |
| Leon Perez | Guaranty | 53,785.65 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

X continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____
Signature of Petitioner or Representative (State title)
Sumit Enterprises, LLC
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Maria Martinez
14450 Commerce Way
Miami Lakes, FL 33016

x _____
Signature of Attorney                    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Jose Rodriguez
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jose Rodriguez
1020 Nautica Drive
Weston, FL 33327

x _____
Signature of Attorney                    Date
Name of Attorney Firm (If any)
Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Leon Perez
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Leon Perez
20201 E Country Dr 607
Aventura, FL 33180

x _Pamela G. _____ 6/14/13
Signature of Attorney                    Date
Selna E Pula P.C.
Name of Attorney Firm (If any)
615 N. Upper Broadway Ste. 700
Address
Corpus Christi, TX 78401
Telephone No.
(361) 884-2800

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Sumit Enterprises, LLC | Promissory Note | 107,571.30 |
| Jose Rodriguez | Promissory Note | 53,785.65 |
| Leon Perez | Promissory Note | 53,785.65 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

B 5 (Official Form 5) (12/07) - Page 2          Name of Debtor _____

                                                 Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
Jays Four, LLC              Date Signed 4/3/13
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael Jesselson
445 Park Ave, Ste 1502
New York, NY 10022

x _[signature]_   6/14/13
Signature of Attorney                    Date
_[name]_ E. _[name]_ P.C.
Name of Attorney Firm (if any)
615 N. Upper Broadway, Ste. 700
Address
Corpus Christi, TX 78401
Telephone No. (361) 884-2800

x _[signature]_
Signature of Petitioner or Representative (State title)
Benjamin J. Jesselson 12/18/80 Trust    Date Signed 4/3/13
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
Claire L. Strauss
445 Park Ave, Ste 1502
New York, NY 10022

x _[signature]_   6/14/13
Signature of Attorney                    Date
_[name]_ E. _[name]_ P.C.
Name of Attorney Firm (if any)
615 N. Upper Broadway, Ste. 700
Address
Corpus Christi, TX 78401
Telephone No. (361) 884-2800

x _[signature]_
Signature of Petitioner or Representative (State title)
Jesselson Grandchildren 12/18/80 Trt    Date Signed 4/3/13
Name of Petitioner

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael Jesselson
445 Park Ave, Ste 1502
New York, NY 10022

x _[signature]_   6/14/13
Signature of Attorney                    Date
_[name]_ E. _[name]_ P.C.
Name of Attorney Firm (if any)
615 N. Upper Broadway, Ste. 700
Address
Corpus Christi, TX 78401
Telephone No. (361) 884-2800

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jays Four, LLC | Promissory Note | 235,312.19 |
| Benjamin Jesselson 12/18/80 Trust | Promissory Note | 117,656.10 |
| Jesselson Grandchildren 12/18/80 Trust | Promissory Note | 235,312.19 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | |

____x____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x [signature]
Signature of Petitioner or Representative (State title)
Joseph Kavana
Name of Petitioner          Date Signed: 4/3/13

Name & Mailing Address of Individual Signing in Representative Capacity:
19495 Biscayne Blvd
Suite 702
Aventura, FL 33180

x [signature]   Date: 6/14/13
Signature of Attorney
Julen Edward P.C.
Name of Attorney Firm (If any): Schauer + Simank P.C.
Address: 615 N. Upper Broadway, Ste 700
Corpus Christi, TX 78401
Telephone No.: (361) 884-2800

x _____
Signature of Petitioner or Representative (State title)
Sawicki Family Ltd Partnership
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Daniel Sawicki
4036 Island Estates Dr
Aventura, FL 33160

x _____   Date _____
Signature of Attorney
Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

x _____
Signature of Petitioner or Representative (State title)
Shpilberg Mgmt Associates, LLC
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
David Shpilberg
20155 NE 38 Court, 901
Aventura, FL 33180

x _____   Date _____
Signature of Attorney
Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joseph Kavana | Guaranty | 512,644.42 |
| Sawicki Family Limited Partnership | Guaranty | 168,080.14 |
| Shpilberg Management Associates, LLC | Guaranty | 58,828.04 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___X___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
Joseph Kavana
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
19495 Biscayne Blvd
Suite 702
Aventura, FL 33180

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x _DAniel Sawicki_
Signature of Petitioner or Representative (State title)
Sawicki Family Ltd Partnership
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
Daniel Sawicki
4036 Island Estates Dr
Aventura, FL 33160

x _[signature]_                    6/14/13
Signature of Attorney                    Date

Name of Attorney Firm (If any)
[signature] E. [illegible] P.C.
Address
615 N. Upper Broadway, Ste 700
Corpus Christi TX. 78401
Telephone No.
(361) 884-2800

---

x_____
Signature of Petitioner or Representative (State title)
Shpilberg Mgmt Associates, LLC
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
David Shpilberg
20155 NE 38 Court, 901
Aventura, FL 33180

x_____
Signature of Attorney                    Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joseph Kavana | Promissory Note | 512,644.42 |
| Sawicki Family Limited Partnership | Promissory Note | 168,080.14 |
| Shpilberg Management Associates, LLC | Promissory Note | 58,828.04 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___X___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>Joseph Kavana<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>19495 Biscayne Blvd<br>Suite 702<br>Aventura, FL 33180 | x_____<br>Signature of Attorney           Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Sawicki Family Ltd Partnership<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Daniel Sawicki<br>4036 Island Estates Dr<br>Aventura, FL 33160 | x_____<br>Signature of Attorney           Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Shpilberg Mgmt Associates, LLC<br>Name of Petitioner       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>David Shpilberg<br>20155 NE 38 Court, 901<br>Aventura, FL 33180 | x_Ron Q. Se_____ 6/14/13<br>Signature of Attorney           Date<br>Schauer & Simank, P.C.<br>Name of Attorney Firm (If any)<br>615 N. Upper Broadway, Ste 700<br>Address<br>Corpus Christi, TX 78401<br>Telephone No. (361) 884-2800 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Joseph Kavana | Nature of Claim<br>Guaranty | Amount of Claim<br>512,644.42 |
| Name and Address of Petitioner<br>Sawicki Family Limited Partnership | Nature of Claim<br>Guaranty | Amount of Claim<br>168,080.14 |
| Name and Address of Petitioner<br>Shpilberg Management Associates, LLC | Nature of Claim<br>Guaranty | Amount of Claim<br>58,828.04 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_X_ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2

Name of Debtor_____

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title) | x_____<br>Signature of Attorney                    Date |
|---|---|
| Name of Petitioner               Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br><br>Telephone No. |

| x_____<br>Signature of Petitioner or Representative (State title)<br>Saby Behar Rev Trust 2/15/99 amend | x_____<br>Signature of Attorney                    6/14/13 |
|---|---|
| Name of Petitioner               Date Signed<br>Saby Behar | Name of Attorney Firm (If any)<br>_____ E ____ P.C. |
| Name & Mailing       1911 NE 118th Road<br>Address of Individual   N. Miami, FL 33181<br>Signing in Representative<br>Capacity | Address  615 N. Upper Broadway, Ste. 700<br>Corpus Christi, TX. 78401<br>Telephone No.<br>(361) 884-2800 |

| x_____<br>Signature of Petitioner or Representative (State title) | x_____<br>Signature of Attorney                    Date |
|---|---|
| Name of Petitioner               Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
|  |  |  |
| Name and Address of Petitioner<br>Saby Behar RevocableTrust dated 2/15/99, as amended | Nature of Claim<br>Promissory Note | Amount of Claim<br>147070.11 |
| Name and Address of Petitioner |  Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___x___continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ _____   | x /s/ _____ 6/14/13 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Morris Bailey | _Sedan & ____ P.C. |
| Name of Petitioner    Date Signed | Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 615 N. Upper Broadway, Ste. 700 |
| Morris Bailey | Corpus Christi, TX. 78401 |
| 150 Broadway | Telephone No. |
| New York, NY  10058 | (361) 884-2800 |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Morris Bailey | Guaranty | 336,160.27 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached