

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: High Maintenance Broadcasting, LLC
Debtor

Case No.: 13-20270

ENTERED
10/20/2014
ENTERED
10/17/2014

## POSTCONFIRMATION ORDER AND NOTICE

All creditors and all other parties in interest are hereby notified that a plan as filed or modified has been confirmed by Order of the Court entered , and that confirmation of the plan, to the extent provided in 11 U.S.C. §1141, discharges the debtor, binds the debtor and other entities, and voids any judgment and operates as an injunction with respect to any debt discharged. This Order is entered to provide a timetable for final action in this case.

IT IS THEREFORE ORDERED:

1. Administrative Expenses and Professional Fees: All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person and all other motions for allowance of administrative expenses shall be served and filed within 30 days after the date of this order.

2. Objections to Claims: Any claim objection shall be served and filed within 30 days after the date of this Order or 30 days after the claim was filed, whichever is later.

3. Report: The debtor or trustee shall file as required by 11 U.S.C. §1106(a)(7) a report covering the action taken by the debtor or trustee and the progress made in the consummation of the plan within 30 days after the date of this Order.

4. Other Proceedings: Any other adversary proceeding, contested matter, motion, or application shall be filed within 90 days after the date of this Order. Any time period in this Order may be extended or waived by the Court for cause after notice and a hearing. Nothing in this Order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

5. Clerk's Charges and Report Information: A separate Order has been or will be entered to require payment of excess notice charges and to report certain information with respect to all payments made postpetition to date of the confirmation of the plan and all payments paid or to be paid thereafter for preconfirmation debts or expenses.

6. Notice: The Clerk shall transmit copies of this Order as notice therof to the Debtor, Debtor's counsel, any trustee or examiner, the attorney for the unsecured creditors' committee, any attorney who has filed a notice of appearance under Rule 9010(b) and to all creditors and all other parties in interest.

Signed and Entered on Docket: 10/17/14

Reason: Entered in Error.
Please refer to
DE # 315 - 319.

Vacated;
10/20/14

RICHARD S. SCHMIDT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: High Maintenance Broadcasting, LLC
Debtor

Case No.: 13-20270
Chapter: 11

**DEBTOR(S) POST-CONFIRMATION CERTIFICATE**

COMPLETE FOR CHAPTER 11 CASES ONLY

☐ 1 Plan Confirmed  ____% Dividend to Be Paid
☐ 2 Plan Not Confirmed

☐ Check box if future payments are contemplated under Chapter 11 Plan but percentage dividend is not determinable.

$ _____ 1. TOTAL RECEIPTS AND DISTRIBUTIONS
(Do not complete below if amount is zero)

**FEES AND EXPENSES**

$ _____ 2. Trustee Compensation

$ _____ 3. Fee for Attorney for Trustee

$ _____ 4. Other Professional Fees and All Expenses (including Fee for Attorney for Debtor)

**DISTRIBUTIONS**

$ _____ 5. Secured Creditors

$ _____ 6. Priority Creditors

$ _____ 7. Unsecured Creditors

$ _____ 8. Equity Security Holders

$ _____ 9. Other Distributions (including Payments to Debtor)

* Fees paid to U.S. Trustee are considered expenses of the estate and are to be reported in item #4.

The above information is provided to the best of my knowledge, information, and belief under rule 9011(a).

Signed: _____  Name: _____
        Attorney for Debtor(s)

Address: _____

Dated: _____  Attorney's Phone No. _____

**INSTRUCTIONS ON NEXT PAGE**

**REV 4/94**
INSTRUCTIONS:

The clerk is required to report to the Administrative Office in Washington, DC regarding money paid postpetition but preconfirmation and paid or to be paid under a confirmed Chapter 11 plan, including administrative expenses which includes operating expenses of the business, if any, claims of secured and unsecured creditors, equity security holders, if any, and other distributions if any. Payments to be made in the future must necessarily be estimated based upon the exact future payments provided for by the provisions of the plan which in effect the court has found likely to be paid under 11 U.S.C. §1129(a)(12). The attorney for the debtor(s) is accordingly required to complete this form so that the clerk may report the appropriate information. If any item is not clear, please call the judge's case manager for further information. Each item should be answered. If the answer is "none", so state. Remember that all payments made postpetition to date and all payments to be made hereafter for preconfirmation debts or expenses including all attorney fees in the case are to be included and combined if necessary to answer each item listed below. Upon receipt of this information and after expiration of 90 days from the date of confirmation, the case may be considered fully administered and will be closed.